# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BURNS, | Case No. 2:19-cv-00722-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| M.D. HANF, *et al.*, | |
| Defendants. | |

The Court hereby VACATES the mediation set for February 5, 2021. The mediation will be rescheduled through issuance of a future order. The stay remains in place at this time.

**IT IS SO ORDERED.**

DATED: February 4, 2021

Nancy J. Koppe
United States Magistrate Judge