# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BURNS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>M.D. HANF, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-00722-JAD-NJK<br><br>**ORDER** |

　　　The inmate early mediation is hereby **RESET** for 8:30 a.m. on April 23, 2021. To the extent a supplementation is necessary with respect to mediation briefs or the email addresses for the remote mediation, such supplementation must be made by April 9, 2021.

　　　**IT IS SO ORDERED.**

　　　DATED: February 12, 2021

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge