UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

David Burns,

        Plaintiff

v.

M.D. Hanf, et al.,

        Defendants

Case No.: 2:19-cv-722-JAD-NJK

**Order Adopting Report & Recommendation and Denying Motion for Preliminary Injunction**

[ECF Nos. 27, 31]

    On August 2, 2021, the magistrate judge recommended that I deny Plaintiff David Burns's motion for a preliminary injunction in this civil-rights action.[1]  The deadline for any party to object to that recommendation was August 16, 2021, and no party filed anything.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 31] is ADOPTED** in its entirety.  Burns's motion for a preliminary injunction **[ECF No. 27] is DENIED**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 22, 2021

---

[1] ECF No. 31.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).