# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

David Burns,

                Plaintiff

v.

M.D. Hanf, et al.,

                Defendants

Case No.: 2:19-cv-722-JAD-NJK

**Order Adopting Report & Recommendation and Denying Motion for Preliminary Injunction**

[ECF Nos. 35, 36, 43]

On November 5, 2021, the magistrate judge recommended[1] that I deny Plaintiff David Burns's motion for a preliminary injunction, in which he asks for a court order requiring the Northern Nevada Correctional Center to allow him one hour of in-person computer research time each day in the law library and up to 20 case checkouts each day.[2]  The magistrate judge reasoned that Burns has no pending access-to-the-courts claim, so such an order would have no nexus to Burns's pending claims, and the court would exceed its jurisdiction to grant the requested relief.[3]  The deadline for any party to object to that recommendation was November 19, 2021, and no party filed anything.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4]  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

---

[1] ECF No. 43.

[2] ECF No. 35

[3] ECF No. 43 at 3.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

        IT IS THEREFORE ORDERED that the Magistrate Judge's Report and
Recommendation **[ECF No. 43] is ADOPTED** in its entirety.  Burns's motion for a preliminary
injunction **[ECF No. 35] is DENIED**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 24, 2021

2