# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

David Burns,

    Plaintiff

v.

M.D. Hanf, et al.,

    Defendants

Case No.: 2:19-cv-000722-JAD-NJK

**Order Granting Extra Time for Response to Motion for Summary Judgment**

[ECF Nos. 38, 48, 49, 50]

On January 11, 2022, Plaintiff David Burns submitted a long-overdue response[1] to the defendants' pending motion for summary judgment.[2] He explains in the most recent of two requests to extend time that he is incarcerated, and his legal papers were confiscated and only recently returned to him.[3] For that reason, he was unable to prepare a timely response, or a motion to extend the deadline to file it, and he ultimately filed his response as soon as possible. I find that Burns has shown both excusable neglect and good cause, so IT IS HEREBY ORDERED that his requests to extend the deadline to file his response brief **[ECF Nos. 48, 50] are GRANTED**. Burns's response brief at ECF No. 49 is deemed timely. The deadline for defendants' reply brief is governed by Local Rule 7-2(b).

                                                    _____
U.S. District Judge Jennifer A. Dorsey
Dated: January 12, 2022

---

[1] ECF No. 49.

[2] ECF No. 38.

[3] ECF No. 50 at 2.