# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BURNS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>M.D. HANF, et al.,<br><br>　　　　Defendants. | Case No.: 2:19-cv-00722-JAD-NJK<br><br>**ORDER**<br><br>[Docket Nos. 59, 60] |

　　　　Pending before the Court are Plaintiff's motions to serve Defendant Edmund Pilsbury and to extend time for service. Docket Nos. 59, 60.

　　　　In the order screening the complaint, the Court determined that the claim against Defendant Edmund Pilsbury could proceed. Docket No. 9 at 6. The Attorney General's Office was ordered to "file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal." Docket No. 20 at 2. The Attorney General's Office indicated that it would not accept service for Defendant Edmund Pilsbury, as it could not identify him after reasonable efforts. Docket No. 21. On March 14, 2022, Plaintiff filed the instant motion, including the address at which Defendant Pilsbury can be located for service.

　　　　Plaintiff's motion for service on Defendant Edmund Pilsbury is therefore **GRANTED**. Docket No. 59. The United States Marshal will serve Defendant Edmund Pilsbury. The Court therefore **ORDERS** as follows:

- The Clerk's Office is **INSTRUCTED** to mail Plaintiff a blank copy of the USM-285 form.

1

- Plaintiff will have twenty days in which to furnish the United States Marshal with the required USM-285 form with the relevant information as to Defendant Pilsbury included on the form.
- The Clerk's Office will issue summons to Defendant Pilsbury, and deliver the complaint and that summons to the United States Marshal for service.
- Within twenty days after receiving from the United States Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice identifying whether Defendant Edmund Pilsbury was served. If service was unsuccessful and Plaintiff wishes to have service attempted again, a motion must be filed identifying the unserved defendant and specifying a detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

In light of the above, the Court also **GRANTS** Plaintiff's motion to extend the service deadline in this case. Docket No. 60. The Court **EXTENDS** the deadline to complete service in this case to **June 17, 2022**.

IT IS SO ORDERED.

Dated: March 16, 2022

_____
Nancy J. Koppe
United States Magistrate Judge