UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BURNS, | Case No.: 2:19-cv-00722-CDS-NJK |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 72] |
| M.D. HANF, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion to extend time for service and to serve Defendant Edmund Pillsbury. Docket No. 72.

For good cause shown, Plaintiff's motion for service is **GRANTED**. Docket No. 72. The Court therefore **ORDERS** as follows:

- The Clerk's Office is **INSTRUCTED** to mail Plaintiff a blank copy of the USM-285 form.
- Plaintiff will have twenty days in which to furnish the United States Marshal with the required USM-285 form with the relevant information as to Defendant Pillsbury included on the form.
- The Clerk's Office will issue summons to Defendant Pillsbury, and deliver the complaint and that summons to the United States Marshal for service.
- Within twenty days after receiving from the United States Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice identifying whether Defendant Pillsbury was served. If service was unsuccessful and Plaintiff wishes to have service attempted again, a motion must be filed identifying the unserved defendant and specifying a detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

In light of the above, the Court also **GRANTS** Plaintiff's request to extend the service deadline. The Court **EXTENDS** the deadline to complete service to **September 5, 2022**.

IT IS SO ORDERED.

Dated: July 7, 2022

_____
Nancy J. Koppe
United States Magistrate Judge