# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| David Burns, | Case No. 2:19-cv-00722-CDS-NJK |
| Plaintiff | |
| v. | **Order Dismissing Defendant from Case** |
| M.D. Hanf, et al., | |
| Defendants | |

On October 21, 2022, the court notified plaintiff David Burns that if proof of service for defendant Edmund Pillsbury was not filed by November 20, 2022, the court would dismiss him from the case under Federal Rule of Civil Procedure 4(m). ECF No. 78. The deadline to do so has passed, and no proof of service has been filed.

Accordingly, IT IS HEREBY ORDERED that defendant Edmund Pillsbury is dismissed, without prejudice, from this action.

DATED: December 2, 2022

_____
Cristina D. Silva
United States District Judge